Creditor: FPC Financial, f.s.b.

## UNITED STATES BANKRUPTCY COURT
Eastern      DISTRICT OF  Louisiana

In re: Straight Line Construction, Inc      ) Case # 09-12400
)
)
          Debtor(s).          ) Chapter 11
)
)
) Request for Special Notice

    PLEASE TAKE NOTICE that the undersigned hereby enters this Request for Special Notice. All notices given or required to be given in this case and cases consolidated herewith, and all papers served or required to be served in this case and any cases consolidated herewith should be given to and served upon the following:

6400 NW 86th Street
PO BOX 6600
Johnston, Iowa 50131-6600

Michelle Samuelson is a Litigation Assistant      for Deere Credit Services, Inc., the servicing agent for

FPC Financial, f.s.b.

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Federal Rules of Bankruptcy 2002,3017,4001, or 9007, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleading, papers, requests, applications, or any other documents brought before the Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, which affect or seek to affect the above case.

DATED: 08/12/2009

By [signature]
Litigation Assistant
On behalf of
Deere Credit Services, Inc.