# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

IN RE:

STRAIGHT LINE CONSTRUCTION, INC.    CASE NO. 09-12400
                                    CHAPTER 11

    Debtor(s).

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the firm of Hale, Dewey & Knight, PLLC, 88 Union Avenue, Suite 700, Memphis, TN 38103 will represent the interests of DaimlerChrysler Financial Services Americas LLC, successor by merger to DaimlerChrysler Services North America, LLC ("DaimlerChrysler") in the matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for DaimlerChrysler, as follows:

    Carrie Ann Rohrscheib, Esq.
    Hale, Dewey & Knight, PLLC
    88 Union Avenue, Suite 700
    Memphis, TN 38103

    /s/ Bert A. Echols
    Bert A. Echols, Esq.
    Carrie Ann Rohrscheib, Esq.
    Attorneys for DaimlerChrysler
    88 Union Avenue, Suite 700
    Memphis, TN 38103
    (901)271-0712
    318-445-5710

OF COUNSEL:
HALE, DEWEY & KNIGHT, PLLC